# In the United States Court of Federal Claims

No. 04-1308C
(Filed May 23, 2005)

* * * * * * * * * * * * * * * * * * * * * * *

**LAND TRUST NO. 6005,**
**STATE BANK OF JERSEYVILLE**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The Court has reviewed the parties' Joint Motion for a Stay of Proceedings. The Court hereby **GRANTS** the Joint Motion. Proceedings in this case shall be stayed until fourteen days after the conclusion of ADR in the eight related cases cited in the Joint Motion, by which date the parties shall file a further joint status report with the Court.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge